UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINGOS DE ARAUJO, )<br>)<br>       Petitioner, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, Attorney General )<br>of the United States, et al., )<br>)<br>       Respondents. ) | Civil Action No.<br>05-10968-RCL |

**MOTION TO TRANSFER CASE TO THE FIRST CIRCUIT COURT OF APPEALS PURSUANT TO SECTION 106(c) OF THE REAL ID ACT OF 2005**

Respondents move to transfer this action to the First Circuit Court of Appeals pursuant to Section 106(c) of the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA"). See Attachment A.

As noted more fully in the memorandum filed herewith, Congress has eliminated habeas jurisdiction to entertain challenges to the validity of orders of removal and provided for exclusive jurisdiction for such claims in the courts of appeal. Congress has further directed that any habeas claim challenging the validity of an order of removal pending on the date of enactment, May 11, 2005, shall be transferred to the court of appeals.

This action, challenging the validity of the Petitioner's order of removal, was pending on May 11, 2005. As De Araujo was ordered removed by an Immigration Judge in Boston, Massachusetts, this matter should be transferred to the First Circuit Court of Appeals in accord with the direction of Section 106(c).

Accordingly, the Court now lacks subject matter jurisdiction over the petition and this case should be transferred to the First Circuit Court of Appeals pursuant to section 106(c) of the RIDA.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF COMPLIANCE

I hereby certify that I attempted to contact Attorney Graves regarding the relief sought by way of this motion on May 20, 2005 and left a voicemail.

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on May 20 , 2005.

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney