UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOMINGOS DE ARUAJO
    Plaintiff

V.                                            CIVIL ACTION NO. 05-10968-RCL

ALBERTO GONZALES, ET AL
    Defendants

LINDSAY, D.J.

## ORDER OF TRANSFER

In accordance with the Court's allowance of the Motion to Transfer Case to First Circuit Court of Appeals Pursuant to Section 106(c) of the Real ID Act of 2005 dated June 6, 2005; it is hereby ORDERED:

The above-entitled action is TRANSFERRED to the First Circuit Court of Appeals.

                                                          Sarah Thornton, Clerk

June 8, 2005                                      By: /s/ Lisa M. Hourihan
                                                                 Deputy Clerk